# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JANUARY 21, 2016

### NO. 03-15-00624-CV

**C. D. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the decree of termination signed by the trial court on September 15, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.